# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | |
| **MARTIN J WOOLBERT** | : | BK. No. 16-18406 AMC |
| Debtor | : | |
| | : | Chapter No. 13 |
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST** | : : : : : | |
| | : | 11 U.S.C. §362 and 1301 |
| Movant | : | |
| v. | : | |
| **MARTIN J WOOLBERT** | : | |
| **SUSAN WOOLBERT (Non-Filing Co-Debtor)** | : | |
| Respondents | | |

## ORDER MODIFYING §362 AUTOMATIC STAY and CO-DEBTOR STAY

    **AND NOW**, this 6th day of September, 2017, at **PHILADELPHIA**, upon Motion of **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST** (Movant), it is:

    **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and the Co-Debtor Stay, as provided for under 11 U.S.C. §1301, is granted with respect to, **520 DEERFIELD DRIVE, NORRISTOWN, PENNSYLVANIA 19403 (**hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

| | | |
|---|---|---|
| WILLIAM C. MILLER, ESQUIRE (TRUSTEE) | UNITED STATES TRUSTEE | SUSAN WOOLBERT |
| 1234 Market Street, Suite 1813 | 833 CHESTNUT STREET | 520 DEERFIELD DRIVE |
| Philadelphia, PA 19107 | SUITE 500 | NORRISTOWN, PA 19403 |
| | PHILADELPHIA, PA 19107 | |
| | | |
| ANTHONY A. FRIGO, ESQUIRE | MARTIN J WOOLBERT | |
| 175 Strafford Ave, Suite One | 520 DEERFIELD DRIVE | |
| Wayne, PA 19087 | NORRISTOWN, PA 19403 | |