United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-18406-amc
Martin J Woolbert                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Sep 06, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db             +Martin J Woolbert,    520 Deerrfield Drive,    Norristown, PA 19403-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
              ANTHONY A. FRIGO    on behalf of Debtor Martin J Woolbert anthonyfrigo@msn.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE: <br> **MARTIN J WOOLBERT** <br> Debtor | BK. No. 16-18406 AMC <br><br> Chapter No. 13 |
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST** <br> Movant <br> v. <br> **MARTIN J WOOLBERT** <br> **SUSAN WOOLBERT (Non-Filing Co-Debtor)** <br> Respondents | 11 U.S.C. §362 and 1301 |

### ORDER MODIFYING §362 AUTOMATIC STAY and CO-DEBTOR STAY

**AND NOW**, this 6th day of September, 2017, at **PHILADELPHIA**, upon Motion of **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and the Co-Debtor Stay, as provided for under 11 U.S.C. §1301, is granted with respect to, **520 DEERFIELD DRIVE, NORRISTOWN, PENNSYLVANIA 19403 (**hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

| | | |
|---|---|---|
| WILLIAM C. MILLER, ESQUIRE (TRUSTEE) <br> 1234 Market Street, Suite 1813 <br> Philadelphia, PA 19107 | UNITED STATES TRUSTEE <br> 833 CHESTNUT STREET <br> SUITE 500 <br> PHILADELPHIA, PA 19107 | SUSAN WOOLBERT <br> 520 DEERFIELD DRIVE <br> NORRISTOWN, PA 19403 |
| ANTHONY A. FRIGO, ESQUIRE <br> 175 Strafford Ave, Suite One <br> Wayne, PA 19087 | MARTIN J WOOLBERT <br> 520 DEERFIELD DRIVE <br> NORRISTOWN, PA 19403 | |