UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :    Chapter 13
    Martin J. Woolbert                          :
                                                :    Bankruptcy No. 16-18406AMC
        Debtor.                                 :

# ORDER

**AND NOW**, this 11th day of October, 2017, the Debtor having filed the above bankruptcy case on December 6, 2016,

**AND,** the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including case number 16-13747, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on May 25, 2016 and dismissed on June 24, 2016 for failure to file documents,

Including case number 16-15214, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 25, 2016 and dismissed on August 16, 2016 for failure to file documents,

**AND,** the docket reflecting that the Debtor has failed to make plan payments as requested by the Chapter 13 Trustee,

**AND,** and the debtor having failed to appear at the hearing on the Trustee's Motion to Dismiss scheduled for October 10, 2017,

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on November 7, 2017 at 11:00 a.m. in Bankruptcy Courtroom No. 5, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to make plan payments as requested by the Chapter 13 Trustee.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Martin J. Woolbert
520 Deerrfield Drive
Norristown, PA  19403

Anthony A. Frigo, Esquire
175 Strafford Ave., Suite One
Wayne, PA  19087

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy