United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Martin J Woolbert  
    Debtor

Case No. 16-18406-amc  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Oct 12, 2017 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2017.
db    +Martin J Woolbert,   520 Deerrfield Drive,   Norristown, PA 19403-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2017 at the address(es) listed below:
     ANTHONY A. FRIGO   on behalf of Debtor Martin J Woolbert anthonyfrigo@msn.com
     BRIAN CRAIG NICHOLAS   on behalf of Creditor   Toyota Motor Credit Corporation bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
     JEROME B. BLANK   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al paeb@fedphe.com
     THOMAS YOUNG.HAE SONG   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al pa.bkecf@fedphe.com
     United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                    TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :    Chapter 13
    Martin J. Woolbert                 :
                                          :    Bankruptcy No. 16-18406AMC
        Debtor.                         :

## ORDER

**AND NOW**, this 11th day of October, 2017, the Debtor having filed the above bankruptcy case on December 6, 2016,

**AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including case number 16-13747, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on May 25, 2016 and dismissed on June 24, 2016 for failure to file documents,

Including case number 16-15214, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 25, 2016 and dismissed on August 16, 2016 for failure to file documents,

**AND,** the docket reflecting that the Debtor has failed to make plan payments as requested by the Chapter 13 Trustee,

**AND,** and the debtor having failed to appear at the hearing on the Trustee's Motion to Dismiss scheduled for October 10, 2017,

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on November 7, 2017 at 11:00 a.m. in Bankruptcy Courtroom No. 5, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to make plan payments as requested by the Chapter 13 Trustee.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Martin J. Woolbert
520 Deerrfield Drive
Norristown, PA  19403

Anthony A. Frigo, Esquire
175 Strafford Ave., Suite One
Wayne, PA  19087

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy