UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
: Chapter 13
Martin J. Woolbert :
: Bankruptcy No. 16-18406AMC
Debtor. :

# ORDER

**AND NOW**, this 7th day of November, 2017, the Debtor having filed the above bankruptcy case on December 6, 2016,

**AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including case number 16-13747, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on May 25, 2016 and dismissed on June 24, 2016 for failure to file documents,

Including case number 16-15214, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 25, 2016 and dismissed on August 16, 2016 for failure to file documents,

**AND**, the docket reflecting that the Debtor has failed to make plan payments as requested by the Chapter 13 Trustee,

**AND**, and the debtor having failed to appear at the hearing scheduled for November 7, 2017,

For the reasons stated in open court, the Court finds that the debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365

days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, he should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 16-18406, and shall serve such motion upon all of his creditors and the United States Trustee.

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Martin J. Woolbert
520 Deerrfield Drive
Norristown, PA  19403

Anthony A. Frigo, Esquire
175 Strafford Ave., Suite One
Wayne, PA  19087

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy