United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18406-amc
Martin J Woolbert                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Antoinett   Page 1 of 2   Date Rcvd: Nov 08, 2017
                 Form ID: pdf900   Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.
```
db            +Martin J Woolbert,    520 Deerrfield Drive,    Norristown, PA 19403-1202
13921676       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13832554      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
13832555      +Comenitycapital/boscov,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
13832556      +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
13832557      +K Of C Federal Credi,    1423 Spruce St,    Philadelphia, PA 19102-4503
13832560       Sterling Crd,    716 Bethlehem Pike,    Ambler, PA 19002
13832563     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,     19001 S Western Ave.,    Torrance, CA 90501)
13832561      +The Bureaus Inc,    650 Dundee Rd,    Ste 370,    Northbrook, IL 60062-2757
13957904      +The Law Offices of Anthony A. Frigo,    175 Strafford Ave., Suite One,    Wayne, PA 19087-3317
13832562      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
               Minneapolis, MN 55440-9475
13857691      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
13858994       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
13861276      +Viriva Community Credit Union,    7346 Frankford Avenue,    Philadelphia, PA 19136-3828
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Nov 09 2017 01:29:44     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2017 01:29:14
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2017 01:29:40     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 01:25:58     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13900021       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2017 01:32:50
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13870857      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 01:33:03
               Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
13832558      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 09 2017 01:29:04     Kohls/Capital One,
               Po Box 3120,    Milwaukee, WI 53201-3120
13913302       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2017 01:32:51
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13878577       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 01:32:51
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13869633      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 01:32:41
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13891671       E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2017 01:29:11
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA  98083-0788
13832559      +E-mail/Text: bkteam@selenefinance.com Nov 09 2017 01:29:04     Selene Finance Llc,
               Po Box 422039,    Houston, TX 77242-4239
13922966      +E-mail/Text: bkteam@selenefinance.com Nov 09 2017 01:29:04
               Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Selene Finance LP,
               9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13832564*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Mtr,    Toyota Financial Services,    Po Box 8026,
              Cedar Rapids, IA 52408)
13957905*    +The Law Offices of Anthony A. Frigo,    175 Strafford Ave., Suite One,    Wayne, PA 19087-3317
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Nov 08, 2017
                               Form ID: pdf900              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:

```
          ANTHONY A. FRIGO    on behalf of Debtor Martin J Woolbert anthonyfrigo@msn.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
           paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
           pa.bkecf@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                      TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :        Chapter 13
    Martin J. Woolbert           :
                                    :        Bankruptcy No. 16-18406AMC
        Debtor.                  :

## O R D E R

**AND NOW**, this 7th day of November, 2017, the Debtor having filed the above bankruptcy case on December 6, 2016,

**AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including case number 16-13747, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on May 25, 2016 and dismissed on June 24, 2016 for failure to file documents,

Including case number 16-15214, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 25, 2016 and dismissed on August 16, 2016 for failure to file documents,

**AND**, the docket reflecting that the Debtor has failed to make plan payments as requested by the Chapter 13 Trustee,

**AND**, and the debtor having failed to appear at the hearing scheduled for November 7, 2017,

For the reasons stated in open court, the Court finds that the debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365

days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, he should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 16-18406, and shall serve such motion upon all of his creditors and the United States Trustee.

Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Martin J. Woolbert
520 Deerrfield Drive
Norristown, PA  19403

Anthony A. Frigo, Esquire
175 Strafford Ave., Suite One
Wayne, PA  19087

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy