# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Martin Woolbert | Chapter 13 |
| Debtor (s) | NO. 16-118406 AMC |

## AMENDED ORDER

AND NOW, this 4th day of December, 2017, the order dated November 7, 2017 is hereby amended as follows:

Upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the fee of $4,500.00 charged to the Debtor and costs of $350.00 incurred on behalf of Debtor be approved and that $2,500.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

_____
Ashely M. Chan
United States Bankruptcy Judge