United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18406-amc
Martin J Woolbert                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Dec 04, 2017
                      Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
db             +Martin J Woolbert,    520 Deerrfield Drive,    Norristown, PA 19403-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
      ANTHONY A. FRIGO    on behalf of Debtor Martin J Woolbert anthonyfrigo@msn.com
      BRIAN CRAIG NICHOLAS     on behalf of Creditor    Toyota Motor Credit Corporation
       bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
      JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
       paeb@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
       pa.bkecf@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Martin Woolbert | Chapter 13 |
| Debtor (s) | NO. 16-118406 AMC |

**AMENDED ORDER**

AND NOW, this 4th day of December, 2017, the order dated November 7, 2017 is hereby amended as follows:

Upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the fee of $4,500.00 charged to the Debtor and costs of $350.00 incurred on behalf of Debtor be approved and that $2,500.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

_____
Ashely M. Chan
United States Bankruptcy Judge